**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF KANSAS**

**IN RE:**
David Daniel Weber
Betty Lou Weber
                    Debtors                    Case No: 24-20046-13

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE**

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

The Debtors have failed to provide their 2023 Federal and State tax returns pursuant to the Trustee's letter dated February 06, 2024.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

Dated: July 18, 2024

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com
