**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:    David D. Weber             )    Case No. 24-20046
         Betty L. Weber            )
                     DEBTOR   )

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**COME NOW** Debtors, David and Betty Weber, by and through Counsel of record, and for this Response to the Chapter 13 Trustee's Motion to Dismiss states that Debtor provided tax returns to the Trustee and the Trustee mailed a letter on July 22, 2024, to Debtors determining that they may keep their 2023 tax refund. Therefore, Debtors pray the Court for an order denying the Trustee's Motion to Dismiss.

**WHEREFORE**, Debtors pray the Court to deny Trustee's Motion to Dismiss, and for such other relief as the Court deems equitable and proper.

Dated: August 8, 2024         Respectfully submitted,
                            WM Law

                            s/ Ryan A. Blay
                            Ryan A. Blay, MO #KS001066; KS #28110
                            15095 W. 116th St.
                            Olathe, KS 66062
                            Phone (913) 422-0909 / Fax (913) 428-8549
                            blay@wagonergroup.com
                            ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Via ECF Notice:  William H. Griffin, standing Chapter 13 Trustee

                            s/ Ryan A. Blay

1