**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In Re:      David Weber          )     Case No. 24-20046
           Betty Weber           )
                    Debtors   )

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COME NOW Debtors, David and Betty Weber, by and through Counsel of record, and for this Response to the Chapter 13 Trustee's Motion to Dismiss or Convert to Chapter 7 state that Debtor, Betty Weber, was unemployed and was just able to find a job late October 2025. Additionally, Debtor Betty Weber has not received any inheritance as the decedent's estate is being contested by other family members. Therefore, Debtors offer this Response.

WHEREFORE, Debtors offer this Response.

Dated: November 17, 2025        Respectfully submitted,
                                 WM Law

                                 s/ Ryan A. Blay
                                 Ryan A. Blay, MO #KS001066; KS #28110
                                 15095 W. 116th St.
                                 Olathe, KS 66062
                                 Phone (913) 422-0909 / Fax (913) 428-8549
                                 blay@wagonergroup.com
                                 ATTORNEY FOR DEBTORS

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

Via ECF Notice: William Griffin, Standing Chapter 13 Trustee

                                 s/ Ryan A. Blay

1