# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:   David D. Weber                )    Case No. 24-20046
         Betty L. Weber                )
                        DEBTORS    )

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS

Ryan A. Blay and WM Law, by this Motion, request entry of this Court's Order permitting the firm and its members to withdraw as attorneys for the Debtors in the above-captioned proceeding.  In support of this Motion, the undersigned states as follows.

1.      On August 14, 2025, Debtors disclosed to counsel their intention to separate

2.      From communications with the parties, it appears that debtor David D. Weber no longer wishes to proceed with Chapter 13 and may or may not wish to convert his case to Chapter 7.  Joint debtor Betty L. Weber has secured a new job and her intentions at this point are unclear.

3.      There is a pending Motion to Convert this Case to Chapter 7, filed by the Chapter 13 Trustee, which the Debtors likely will need to respond to prior to the final withdrawal of counsel, to avoid prejudice to their case(s).  Counsel will cooperate in that endeavor.

WHEREFORE, WM Law and its attorneys. respectfully requests this Court's Order allowing the withdrawal of the firm and the undersigned from further representation of the Debtors in this proceeding and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion was, on this 30th of October, 2025, filed and served electronically by the Clerk of the Court to all parties receiving electronic notice and delivered by regular mail and via e-mail to the Debtors at the following address:

David and Betty Weber
501 Arthur St.
Ft. Scott, KS 66701

and via e-mail to: webworm74@yahoo.com (Betty Weber) and webworm74@yahoo.com

/s/ Ryan A. Blay
Ryan A. Blay