**Form odefo**  (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  24–20046                              Chapter:  13

In re:

David Daniel Weber                                  Betty Lou Weber
501 Arthur St.                                      501 Arthur St.
Fort Scott, KS 66701                                Fort Scott, KS 66701

SSN: xxx–xx–2810                                    SSN: xxx–xx–8124

<table>
<tr><td></td><td><strong>Filed and<br>Entered By The Court</strong></td></tr>
<tr><td align="center"><strong>ORDER TO CORRECT DEFECTIVE DOCUMENT(S)</strong></td><td align="center"><strong>11/18/25</strong><br><strong>David D. Zimmerman</strong><br><strong>Clerk of Court</strong><br><strong>US Bankruptcy Court</strong></td></tr>
</table>

The following document was filed in this matter and is defective for the following reason(s):

> ***Doc. 48*** – Motion to Withdraw as Attorney filed by Ryan A Blay Filed on behalf of Joint Debtor Betty Lou Weber, Debtor David Daniel Weber, with Certificate of Service.(Blay, Ryan)

### The motion must be noticed.

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 49 – 48                                     s/   Robert D. Berger
                                                    Judge, United States Bankruptcy Court