# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:     David D. Weber         )    Case No.  22−20466-RDB13
             Betty L. Weber          )
                          Debtors

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
## ON MOTION TO WITHDRAW AS COUNSEL

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the Motion to Withdraw as Counsel, with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **December 16, 2025** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151/144**, Kansas City, Kansas 66101, **January 20, 2026** at **1:30 p.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Dated: November 25, 2025        Respectfully submitted,
                                  WM Law

                                  s/ Ryan A. Blay
                                  Ryan A. Blay, MO #KS001066; KS #28110
                                  15095 W. 116th St.
                                  Olathe, KS 66062
                                  Phone (913) 422-0909 / Fax (913) 428-8549
                                  blay@wagonergroup.com
                                  ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Tuesday, November 25, 2025 by providing an electronic copy to William H. Griffin, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.
        **[See attached mailing matrix]**

                                  s/ Ryan A. Blay

Label Matrix for local noticing
1083-2
Case 24-20046
District of Kansas
Kansas City
Mon Apr 15 11:36:18 CDT 2024

Nationstar Mortgage LLC
P.O. Box 619094
Dallas, TX 75261-9094

Avant/Webbank
222 MERCHANDISE MART PLZ
Ste. 900
Chicago IL 60654-1105

Caine & Weiner
12005 FORD RD STE 300
Dallas TX 75234-7262

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capital One/Walmart
PO Box 31293
Salt Lake City UT 84131-0293

Chrysler Capital
PO BOX 961275
Fort Worth TX 76161-0275

Collection Bureau Hudson Valle
155 N Plank Rd.
Newburgh NY 12550-1748

Comenity Bank/Victoria's Secre
3100 EASTON SQUARE PL
Columbus OH 43219-6289

Credit One Bank
6801 S. CIMARRON ROAD
Las Vegas NV 89113-2273

Credit One Bank
PO Box 98875
Las Vegas NV 89193-8875

Dept. of Ed/Aidvantage
1891 Metro Center Dr.
Reston VA 20190-5287

Dept. of Ed/Nelnet
121 SOUTH 13TH ST
Lincoln NE 68508-1904

Fingerhut/Webbank
6250 RIDGEWOOD ROAD
Saint Cloud MN 56303-0820

Internal Revenue Service
PO Box 7346
attn: Insolvency
Philadelphia PA 19101-7346

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
10705 S Jordan Gateway
Ste. 200
South Jordan UT 84095-3977

Merrick Bank
PO BOX 9201
Old Bethpage NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationstar Mortgage/Mr. Cooper
8950 Cypress Waters Blvd.
Coppell TX 75019-4620

Nationstar dba Mr. Cooper
PO BOX 199111
Dallas TX 75235

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Regional Acceptance Corp.
1424 E FIRE TOWER RD
Greenville NC 27858-4105

Regional Acceptance Corp.
230 HERNDON PARKWAY
Herndon VA 20170-4400

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

SOUND PHYSICIANS EMERG MED OF KANSAS LLC
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Santander
PO Box 961212
Fort Worth TX 76161-0212

Shari Ashner
SouthLaw P.C.
13160 Foster, St. 100
Overland Park KS 66213-2848

Spring Oaks Capital SPV, LLC
P. O. Box 1216
Chesapeake, VA 23327-1216

TBOM - Milestone
PO BOX 4499
Beaverton OR 97076-4499

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

US Department of Education
PO Box 16448
Saint Paul, MN 55116-0448

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Verizon Wireless
PO BOX 650051
Dallas TX 75265-0051

World Finance
108 Frederick Street N
Greenville SC 29607-2532

Betty Lou Weber
501 Arthur St.
Fort Scott, KS 66701-2108

David Daniel Weber
501 Arthur St.
Fort Scott, KS 66701-2108

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage LLC
Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9741

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    42
Bypassed recipients     0
Total                  42