**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 18th day of December, 2025.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In Re: | David D. Weber | ) | Case No. 24-20046 |
| | Betty L. Weber | ) | |
| | Debtor | ) | |

### ORDER GRANTING MOTION FOR AN ORDER GRANTING WITHDRAWAL AS COUNSEL FOR DEBTORS, DOC. #48

**On 11/17/2025**, Ryan A. Blay of WM Law filed **Document No. 48**, the Motion to Withdrawal as counsel for Debtors (the "Motion"). The court finds that said Motion, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been approved by the Chapter 13 Trustee, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby allowing Ryan A. Blay of WM Law to withdrawal as Counsel for Debtors, David D. Weber and Betty L. Weber.

**IT IS FURTHER ORDERED** that absent a new counsel entering an appearance for the Debtors, all future notices in this Case be sent to David D. Weber and Betty L. Weber at the address as follows:

David and Betty Weber

501 Arthur St.,

Fort Scott, KS 66701.

**IT IS SO ORDERED.**

### ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)


Approved By,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857