**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 18th day of December, 2025.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:    David D. Weber            )  Case No. 24-20046
           Betty L. Weber            )
                             Debtor  )

### <u>ORDER GRANTING MOTION FOR AN ORDER GRANTING WITHDRAWAL AS COUNSEL FOR DEBTORS, DOC. #48</u>

**On 11/17/2025**, Ryan A. Blay of WM Law filed **Document No. 48**, the Motion to Withdrawal as counsel for Debtors (the "Motion"). The court finds that said Motion, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been approved by the Chapter 13 Trustee, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby allowing Ryan A. Blay of WM Law to withdrawal as Counsel for Debtors, David D. Weber and Betty L. Weber.

**IT IS FURTHER ORDERED** that absent a new counsel entering an appearance for the Debtors, all future notices in this Case be sent to David D. Weber and Betty L. Weber at the address as follows:

David and Betty Weber

501 Arthur St.,

Fort Scott, KS 66701.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)


Approved By,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857

In re:                                   Case No. 24-20046-RDB

David Daniel Weber                  Chapter 13

Betty Lou Weber

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: pdf020 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Daniel Weber, Betty Lou Weber, 501 Arthur St., Fort Scott, KS 66701-2108 |
| aty | + | Ryan A Blay, WM Law, 15095 W 116th St, Olathe, KS 66062-1098 |
| 9950899 | | Nationstar dba Mr. Cooper, PO BOX 199111, Dallas TX 75235 |
| 9950903 | + | Santander, PO Box 961212, Fort Worth TX 76161-0212 |
| 9950904 | + | Shari Ashner, SouthLaw P.C., 13160 Foster, St. 100, Overland Park KS 66213-2848 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 18 2025 20:53:00 | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 9950883 | + | Email/Text: bk@avant.com | Dec 18 2025 20:54:00 | Avant/Webbank, 222 MERCHANDISE MART PLZ, Ste. 900, Chicago IL 60654-1105 |
| 9950884 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 18 2025 20:53:11 | Caine & Weiner, 12005 FORD RD STE 300, Dallas TX 75234-7262 |
| 9950885 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 20:51:51 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 9955275 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 18 2025 20:52:15 | Capital One NA, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 9950886 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 20:52:34 | Capital One/Walmart, PO Box 31293, Salt Lake City UT 84131-0293 |
| 9950887 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2025 20:53:00 | Chrysler Capital, PO BOX 961275, Fort Worth TX 76161-0275 |
| 9950888 | + | Email/Text: esther@cbhv.com | Dec 18 2025 20:53:00 | Collection Bureau Hudson Valle, 155 N Plank Rd., Newburgh NY 12550-1748 |
| 9950889 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 20:53:00 | Comenity Bank/Victoria's Secre, 3100 EASTON SQUARE PL, Columbus OH 43219-6289 |
| 9950890 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2025 20:52:14 | Credit One Bank, 6801 S. CIMARRON ROAD, Las Vegas NV 89113-2273 |
| 9950891 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2025 20:51:53 | Credit One Bank, PO Box 98875, Las Vegas NV 89193-8875 |
| 9950892 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 18 2025 20:52:36 | Dept. of Ed/Aidvantage, 1891 Metro Center Dr., Reston VA 20190-5287 |
| 9950893 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 18 2025 20:53:00 | Dept. of Ed/Nelnet, 121 SOUTH 13TH ST, Lincoln NE 68508-1904 |
| 9950894 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 18 2025 20:54:00 | Fingerhut/Webbank, 6250 RIDGEWOOD ROAD, Saint Cloud MN 56303-0820 |

| | | | |
|---|---|---|---|
| 9950895 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2025 20:53:00 | Internal Revenue Service, PO Box 7346, attn: Insolvency, Philadelphia PA 19101-7346 |
| 9950896 | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Dec 18 2025 20:54:00 | Kansas Department of Revenue, Civil Tax Enforcement, PO Box 12005, Topeka KS 66601 |
| 9959422 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 20:51:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9959412 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2025 20:51:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 9950897 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2025 20:51:50 | Merrick Bank, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 9950898 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2025 20:51:50 | Merrick Bank, 10705 S Jordan Gateway, Ste. 200, South Jordan UT 84095-3977 |
| 9962977 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2025 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9972580 | Email/Text: nsm_bk_notices@mrcooper.com | Dec 18 2025 20:53:00 | Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 9950900 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 18 2025 20:53:00 | Nationstar Mortgage/Mr. Cooper, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 9969429 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2025 20:51:53 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 9950901 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 18 2025 21:05:01 | Regional Acceptance Corp., 230 HERNDON PARKWAY, Herndon VA 20170-4400 |
| 9950902 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 18 2025 21:05:01 | Regional Acceptance Corp., 1424 E FIRE TOWER RD, Greenville NC 27858-4105 |
| 9953127 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 18 2025 21:05:01 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 9964450 | Email/Text: BNCnotices@dcmservices.com | Dec 18 2025 20:53:00 | SOUND PHYSICIANS EMERG MED OF KANSAS LLC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 9964789 | Email/Text: bankruptcy@springoakscapital.com | Dec 18 2025 20:52:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 9950905 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 18 2025 20:54:00 | TBOM - Milestone, PO BOX 4499, Beaverton OR 97076-4499 |
| 9960121 | Email/Text: EDBKNotices@ecmc.org | Dec 18 2025 20:52:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 9967590 | + Email/PDF: ebn_ais@aisinfo.com | Dec 18 2025 20:52:14 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 9950906 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 18 2025 20:52:00 | Verizon Wireless, PO BOX 650051, Dallas TX 75265-0051 |
| 9950907 | + Email/Text: bk@worldacceptance.com | Dec 18 2025 20:53:11 | World Finance, 108 Frederick Street N, Greenville SC 29607-2532 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025                                Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hunter Charles Gould | on behalf of Creditor Nationstar Mortgage LLC ksbkecf@southlaw.com |
| Ryan A Blay | on behalf of Debtor David Daniel Weber blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| Ryan A Blay | on behalf of Joint Debtor Betty Lou Weber blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |
| William H Griffin | on behalf of Trustee William H Griffin inquiries@13trusteekc.com |

TOTAL: 6